# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142436(63)

KIMETA JAKUPOVIC, a/k/a KIIMETA
JAKUPOVIC,
        Plaintiff-Appellee,

v

CITY OF HAMTRAMCK,
        Defendant-Appellant.

_____/

SC: 142436
COA: 293715
Wayne CC: 08-019096-NO

On order of the Court, the motion for reconsideration of this Court's June 1, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

HATHAWAY, J., would grant plaintiff's motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

d1017